**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARCIZO SANCHEZ ESPINO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUNVIEW VINEYARDS OF CALIFORNIA,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01044- AWI - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Doc. 2) |

　　　Plaintiff Narcizo Sanchez Espino initiated this action by filing a complaint and motion to proceed *in forma pauperis* on July 7, 2015.  (Docs. 1, 2.)  The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  The Court has reviewed the motion and finds Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

　　　2.　The Clerk of Court is DIRECTED to issue summons as to the defendant;

　　　3.　The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated: **July 10, 2015**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE