UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCIZO SANCHEZ ESPINO,<br><br>Plaintiff,<br><br>v.<br><br>SUNVIEW VINEYARDS OF CALIFORNIA, INC., d/b/a SUNVIEW COLD STORAGE,<br><br>Defendant. | No. 1:15-cv-01044-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 21) |

On July 15, 2016, the parties filed a joint stipulation dismissing this action with prejudice. (Doc. No. 21.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **July 18, 2016**

UNITED STATES DISTRICT JUDGE

1